**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eileen M. Dambis                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10843 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
02 May 2025, 15:39:19, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: a31977feb75f7c663f5473dd68f47fd7151981b99fa6ee26cf236804f1eefb1a