United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-10843-djb
Eileen M. Dambis Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 30, 2026 Form ID: 206 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen M. Dambis, 1322 Adair Road, Brookhaven, PA 19015-1902 |
| 14595246 | + | Linda L. Williams, 1322 Adair Road, Brookhaven, PA 19015-1902 |
| 14595247 | | Merrick Bank, P.O. Box 66072, Dallas, TX 75266 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14595241 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 02:25:57 | Capital One Bank (USA), N.A., Bankruptcy Claims Servicer, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14595242 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:25:55 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 14630028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:25:58 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14595243 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2026 02:25:57 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14595244 | + | Email/Text: mrdiscen@discover.com | Oct 01 2026 02:22:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14621705 | | Email/Text: mrdiscen@discover.com | Oct 01 2026 02:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14595245 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 01 2026 02:22:00 | HSBC Bank, P.O. Box 4657, Carol Stream, IL 60197-4657 |
| 14633390 | ^ | MEBN | Oct 01 2026 02:18:51 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 14625053 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 02:25:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14630153 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 02:25:52 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14624806 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 01 2026 02:25:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15004743 | ^ | MEBN | Oct 01 2026 02:18:38 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14595248 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 01 2026 02:25:57 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14595249 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2026 02:22:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285 |
| 14634379 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2026 02:22:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14595250 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 01 2026 02:22:00 | State Farm Bank, P.O. Box 23025, Columbus, GA 31902-3025 |
| 14595251 | + | Email/Text: bankruptcy@td.com | Oct 01 2026 02:22:00 | TD Bank, P.O. Box 100290, Columbia, SC 29202-3290 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| STANLEY E. LUONGO, JR. | on behalf of Debtor Eileen M. Dambis stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Eileen M. Dambis Case No: 21−10843−djb

Debtor(s)

---

***NOTICE OF CHAPTER 13 CASE CLOSED***
***WITHOUT DISCHARGE***

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file certification of completion of instructional course concerning personal financial management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

For The Court

Dated: September 30, 2026

Mohung Wong
Clerk of Court

44
Form 206